IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

HEATHER ROBBINS *o/b/o*
A.L.R., *a minor child*                                                            PLAINTIFF

                v.                          CIVIL NO. 16-2283

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                          DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 2nd day of February 2018.

                                            /s/ *Erin L. Wiedemann*
                                            HON. ERIN L. WIEDEMANN
                                            UNITED STATES MAGISTRATE JUDGE